IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JACOB RAYMOND WISTROM, | ) | |
|---|---|---|
| Petitioner, | ) | 8:18CV337 |
| v. | ) | |
| US MARSHALLS, | ) | ORDER |
| Respondent. | ) | |

Because the criminal case of *United States v. Jacob Raymond Wistrom*, Case No. 8:18-cr-00089-LSC-SMB-1, is assigned to Chief Judge Laurie Smith Camp, the undersigned and Chief Judge Smith Camp have agreed that this civil matter should be transferred to her. Accordingly,

IT IS ORDERED that:

(1) This civil case is transferred to Chief Judge Laurie Smith Camp for disposition and is removed from the pro se docket.

(2) The Clerk of Court shall mail a copy of this order to Petitioner.

(3) The Clerk of Court shall provide a copy of this order to Magistrate Judge Susan M. Bazis, together with a copy of Petitioner's Petition for Writ of Habeas Corpus Under § 28:2241 (filing no. 1).

DATED this 22nd day of August, 2018.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge